UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                  CASE NO. 10-50005
                                                        CHAPTER 13
QUINTON EAST

                                                        JUDGE JANET S BAER

            DEBTOR                                      **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** <u>AMERICAN GENERAL MORTGAGE LOAN</u>

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 9 | 26 | 8046 22940 EASTBROOK | $1,589.81 | $1,589.81 | $1,589.81 |
| Total Amount Paid by Trustee | | | | | $1,589.81 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit         **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 10-50005

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 10th day of June, 2013.

Debtor:
QUINTON EAST
22940 EASTBROOK DR
SAUK VILLAGE, IL  60411

Attorney:
ROBERT J SEMRAD & ASSOC LLC
20 S CLARK ST 28TH FLR
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
AMERICAN GENERAL MORTGAGE
LOAN
% PENNYMAC LOAN SERVICES
LLC
PO BOX 660929
DALLAS, TX  75266-0929

Mortgage Creditor:
PENNYMAC LOAN SERVICES LLC
% ALDRIDGE CONNORS LLP
780 JOHNSON FERRY ROAD #600
ATLANTA, GA  30342-0076

Mortgage Creditor:
AMERICAN GENERAL MORTGAGE
% PENNYMAC LOAN SERVICES
LLC
6101 CPMDPR DRIVE STE 200
MOORPARK, CA  93021

ELECTRONIC SERVICE - United States Trustee

Date:  June 10, 2013

/s/ TOM VAUGHN

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603